UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JOHN KOKOLIOS,<br><br>              Petitioner,<br><br>     v.<br><br>RALPH DIAZ,<br><br>              Respondent. | Case No. 2:20-cv-00933-KJM-JDP (HC)<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO STATE A CLAIM<br><br>ECF Nos. 5, 9.<br><br>RESPONSE DUE WITHIN TWENTY-ONE DAYS |

On May 15, 2020, the previously assigned magistrate judge screened plaintiff's petition for writ of habeas corpus, dismissed it for failure to state a claim, and granted petitioner thirty days to file an amended petition. ECF No. 5. Rather than filing an amended petition, petitioner filed a motion for reconsideration of the May 15 screening order. ECF No. 8. Although that motion was denied on July 6, 2020, ECF No. 9, petitioner has yet to file an amended petition for writ of habeas corpus.

To manage its docket effectively, the court imposes deadlines on litigants and requires litigants to meet those deadlines. The court may dismiss a case for petitioner's failure to prosecute or failure to comply with its orders or local rules. *See* Fed. R. Civ. P. 41(b); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988). Involuntary dismissal is a harsh penalty, but a district court

1

has a duty to administer justice expeditiously and avoid needless burden for the parties. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

Petitioner will be given a chance to explain why the court should not dismiss the case for his failure to prosecute and for failure to state a claim. Petitioner's failure to respond to this order will constitute a failure to comply with a court order and will result in a recommendation that this action be dismissed. Accordingly, petitioner is ordered to show cause within twenty-one days why this case should not be dismissed for failure to prosecute and failure to comply with court orders. Should petitioner wish to continue with this lawsuit, he shall file, within twenty-one days, an amended petition.

IT IS SO ORDERED.

Dated:  January 19, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2